**GRANTED.**

*/s/ Thomas A. Thrasher Jr.*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RALPH W. MELLO )</br>)</br>    Plaintiff,         )</br>)</br>v.                         )     CASE NO. 3:10-0243</br>)</br>HARE, WYNN, NEWELL )</br>& NEWTON, LLP       )</br>)</br>    Defendant.       ) | |

### MOTION FOR LEAVE OF COURT TO FILE AMENDED MOTION TO DISMISS AND, OR IN THE ALTERNATIVE, MOTION FOR TRANSFER AND SUPPORTING MEMORANDUM OF LAW

COMES NOW, Defendant, Hare, Wynn, Newell & Newton, LLP (hereinafter "Hare Wynn"), and hereby files this Motion for Leave of Court to File Amended Motion to Dismiss and, or in the Alternative, Motion for Transfer and Supporting Memorandum of Law, filed contemporaneously with this Motion for Leave.  In support of its Motion for Leave of Court, Hare Wynn states as follows:

1.    Pursuant to the Court's March 19, 2010 Order granting Motion for Extension of Time in Which to File Responsive Pleading, the deadline for Hare Wynn's responsive pleading was continued from March 18, 2010 to March 25, 2010.  (Doc. 7.)  In order to comply with the original deadline for Hare Wynn's response to Plaintiff's complaint, Hare Wynn previously filed a similar Motion to Dismiss and/or for Transfer on March 18, 2010.  (Doc. 5.)  As explained in Hare Wynn's Motion for Extension of Time (Doc. 4), however, at that time, Hare Wynn was also preparing a response to the Court's request for briefing on the applicability of diversity jurisdiction in this matter.

{B1140325}