```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

| | |
|---|---|
| **RALPH W. MELLO** | ) |
| | ) |
| v. | )  Civil Action No. 3:10-0243 |
| | )  Judge Wiseman/Knowles |
| **HARE, WYNN, NEWELL** | ) |
| **& NEWTON, LLP** | ) |

### O R D E R

The Initial Case Management Conference in this action previously scheduled for Monday, May 3, 2010, at 11:00 a.m. is hereby rescheduled for **Wednesday, June 2, 2010, at 10:30 a.m.**.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge